UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

____

LARRY ROOSEVELT CARTER,

       Plaintiff,                       Case No. 1:25-cv-51

v.                                        Honorable Ray Kent

HEIDI WASHINGTON,

       Defendant.
_____/

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915A and 42 U.S.C. § 1997e(c).

Dated:  February 10, 2025                /s/ Ray Kent
                                                            Ray Kent
                                                            United States Magistrate Judge